UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 04-CV-11463-JLT |
| **Plaintiff** | |
| vs. | |
| 9 DEER RUN ROAD, LITTLETON, MASSACHUSETTS, | |
| **Defendant** | |

### VERIFIED CLAIM

Comes now **Brian Seiler** as the sole owner and makes claim to the real estate located at **9 Deer Run Road, Littleton, Massachusetts, including all buildings, appurtenances, and improvements thereon** and **all proceeds traceable thereto**, the Defendant Rem herein, and avers that now and at the time said was arrested and seized by and within said action, **Brian Seiler**[1] was the sole, true, and bona fide owner of said real estate. **Brian Seiler** prays to answer the complaint and defend on behalf of **9 Deer Run Road, Littleton, Massachusetts, including all buildings, appurtenances,** and **improvements thereon** and **all proceeds traceable thereto**.

_____
Brian Seiler

### VERIFICATION

I, **Brian Seiler**, declare under the pains and penalties of perjury, as provided by **28 U.S.C. § 1746**, that the foregoing is true and correct, executed on the date listed below.

_____
Brian Seiler

Dated: September 24, 2004

---

[1] At the time of Brian Seiler's arrest on March 31, 2004, he and Jessica Seiler owned the property at 9 Deer Run Road in Littleton, Massachusetts together. Jessica Seiler was subsequently transferred off of the deed for 9 Deer Run Road, Littleton, Massachusetts on May 7, 2004.