UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>vs.<br><br>9 DEER RUN ROAD, LITTLETON, MASSACHUSETTS,<br><br>**Defendant** | CASE NO.: 04-CV-11463-JLT |

## MOTION TO FILE A VERIFIED CLAIM LATE

Now comes **Brian Seiler**, sole owner of the subject property and Claimant and by his attorney, Joseph W. Monahan, III, respectfully moves that this Honorable Court allow the Claimant to file his Verified Claim late in the above entitled matter. As reasons in support thereof, the Claimant states that the Claimant's claim is filed herewith along with the Claimant's Answer to the Plaintiff's Complaint. In addition, the government will not be prejudiced by the Claimant's filing of a Verified Claim late. The government has not yet attempted to default the Claimant. Finally, the Claimant received late notice.

Respectfully submitted,
By Claimant's Counsel,

Joseph W. Monahan, III
BBO# 351100
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141

Dated: September 24, 2004