UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,   CASE NO.: 04-CV-11463-JLT

**Plaintiff**

vs.

9 DEER RUN ROAD, LITTLETON,
MASSACHUSETTS,

**Defendant**

### AFFIDAVIT OF BRIAN SEILER
### IN SUPPORT OF HIS MOTION TO FILE VERIFIED CLAIM LATE

I, Brian Seiler, being duly sworn, depose and say as follows:

1. My name is Brian Seiler and I am over eighteen years of age;

2. I am the sole owner of the defendant property in this matter;

3. I have not received any notice of default from the Plaintiff in this matter.


Subscribed and sworn to under the pains and penalties of perjury this 24th day of September, 2004.

_____
Brian Seiler