# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

**Plaintiff**

vs.

9 DEER RUN ROAD, LITTLETON, MASSACHUSETTS,

**Defendant**

CASE NO.: 04-CV-11463-JLT

## ANSWER TO COMPLAINT FOR FORFEITURE AND DEMAND FOR JURY TRIAL

I, **Brian Seiler**, by his attorney, Joseph W. Monahan, III, respectfully represents the following by way of Answer to the Complaint for Forfeiture in Rem.

Claimant answers the allegations of the Complaint as follows:

Introductory paragraph - The introductory paragraph contains no allegations of fact and is not a proper pleading. To the extent there are any allegations of fact, they are specifically denied.

1. The allegations of Paragraph 1 constitute a statement of law to which no answer is required.

2. The allegations of Paragraph 2 are admitted. In further answering, the most recently recorded title reference is in the Middlesex South County Registry of Deeds at Book 42771, Page 423.

3. The allegations of Paragraph 3 constitute a statement of law to which no answer is required. To the extent an answer is required, and without waiving the defense of jurisdiction, the Defendant admits that the in rem Defendant Property will be within the jurisdiction of this Court.

4. The allegations of Paragraph 4 are denied.

5. The allegations of Paragraph 5 constitute a statement of law to which no answer is required. To the extent an answer is required, the allegations are denied.

In addition, the Claimant raises the following numbered affirmative defenses to the government's forfeiture suit:

### First Affirmative Defense

The Plaintiff lacks probable cause for the institution of this forfeiture suit.

### Second Affirmative Defense

The search pursuant to a search warrant of **Brian Seiler's** house at **9 Deer Run Road, Littleton, Massachusetts**, and the seizure of the Defendant property were in violation of the Fourth Amendment and/or the Due Process Clause of the Fifth Amendment of the Constitution. All of the evidence seized and the fruits thereof must be suppressed.

**Please take notice that Claimant demands Trial by Jury of the issues and defenses raised by his Claim and Answer.**

**WHEREFORE, Brian Seiler** prays that this Honorable Court will:

1. Dismiss Plaintiff's Complaint and enter judgment in behalf of the Claimant;

2. Deny issuance of a certificate of probable cause pursuant to **28 U.S.C. § 2465** and award costs and attorney fees to the Claimant;

3. Provide such relief as the Court deems proper and just.

Respectfully submitted,
By Claimant's counsel,

Joseph W. Monahan, III
BBO# 351100
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141

Dated: September 24, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

**Plaintiff**

VS.

9 DEER RUN ROAD, LITTLETON, MASSACHUSETTS,

**Defendant**

CASE NO.: 04-CV-11463-JLT

### DEFENDANT'S - CLAIMANT'S DEMAND FOR JURY TRIAL

Now comes the Defendant-Claimant in the above-entitled matter and demands a jury trial with regard to all issues and controversies triable by a jury.

Respectfully submitted,
By Claimant's Counsel,

Joseph W. Monahan, III
BBO# 351100
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141

Dated: September 24, 2004

## CERTIFICATE OF SERVICE

I, Joseph W. Monahan, III, Defendant's Attorney, hereby certify that I served a copy of the following on the below listed attorney(s) by mailing regular mail, postage prepaid, on the date listed below:

A copy of:

1. Verified Claim
2. Motion to File a Verified Claim Late
3. Affidavit in Support of Motion to File a Verified Claim Late
4. Answer and Claim for Jury Trial
5. Demand for Jury Trial

Mailed to:

1. Kristina E. Barclay, Asst. U.S. Attorney
   United States Attorneys Office
   United States Courthouse
   1 Courthouse Way, Suite 9200
   Boston, MA 02210

2. Drug Enforcement Administration
   JFK Federal Building
   Room E-400
   25 New Sudbury Street
   Boston, MA 02203-0131

   Attention: Asset Forfeiture Group

Signed under the pains and penalties of perjury this 24th day of September, 2004.

By Defendant's Attorney,

Joseph W. Monahan, III
BBO# 351100
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141
(617) 494 - 1188