UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>9 DEER RUN ROAD,<br>WORCESTER, MASSACHUSETTS,<br>　　　　　Defendant.<br>_____<br><br>BRIAN K. SEILER,<br>　　　　　Claimant. | )<br>)<br>)<br>)  Civil Action No. 04-11463-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 16.1 JOINT STATEMENT

The Plaintiff, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and claimant Brian K. Seiler ("Claimant"), by and through his attorney, Joseph W. Monahan, III., Esq., hereby submit this Joint Statement and Proposed Scheduling Order pursuant to Local Rule 16.1.

This case is a civil forfeiture action, brought by the United States against the *in rem* defendant, 9 Deer Run Road, Littleton, Massachusetts (the "Defendant Property"). In its complaint, the United States alleged that the Defendant Property was subject to forfeiture, pursuant to 21 U.S.C. § 881(a)(7) because it constituted real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, 846, and/or 856.

The Claimant has denied the allegations in the Complaint.

**Proposed Pre-Trial Schedule**

Pursuant to this Court's November 3, 2004 Order, the parties were to exchange all automatic discovery documents no later than November 17, 2004. The United States produced documents and information in accordance with the November 3, 2004 Order on November 15, 2004. Claimant complied with the November 3, 2004 Order on November 29, 2004.

Upon order of the Court, the United States will submit Interrogatories and Requests for Production of Documents to Claimant. At this time, the United States wishes to depose Claimant, Jessica Seiler, Antonio Colantonio, and Douglas Russell. Claimant wishes to depose Jessica Seiler. The parties request the right to name more depositions upon review of discovery responses.

The parties propose that any remaining discovery, including depositions, be completed on or before February 28, 2005. The parties further propose that any dispositive motions be filed on or before April 29, 2005.

**Further Pre-Trial Scheduling**

In the event the case is not settled or resolved by decision on the motions, the parties would seek a status conference at which the Court will schedule the matter for a Final Pre-Trial Conference and Trial.

The parties do not consent to referral of this matter to a

Magistrate Judge for litigation and trial at this time.

Respectively submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney, | Brian K. Seiler<br>Claimant |
| By: *(signature)*<br>Kristina E. Barclay<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(617) 748-3100 | *Thomas J Freda by K Barclay*<br>Joseph W. Monahan, III<br>Thomas J. Freda<br>Monahan & Padellaro<br>43 Thorndike Street<br>Cambridge, MA 02141<br>(617) 494-1188 |
| Date:    November 30, 2004 | November 30, 2004 |

3