UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11463-JLT |
| | * | |
| 9 DEER RUN ROAD, WORCESTER, MASSACHUSETTS, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| And | * | |
| | * | |
| BRIAN K. SEILER, | * | |
| | * | |
| Claimant. | * | |

ORDER

December 13, 2004

TAURO, J.

After a conference held on December 7, 2004, this court hereby orders that:

1. The United States and Claimant may depose Brian K. Seiler, Jessica Seiler, Antonio Colantonio, and Douglas Russell;

2. The Parties shall complete discovery by February 28, 2005;

3. No further discovery will be permitted without leave of this court; and

4. A Further Conference is scheduled for March 8, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge