```
                                                        FILED
                                                   IN CLERKS OFFICE
             UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS         2005 FEB 24  P 2: 14

                                                   U.S. DISTRICT COURT
UNITED STATES OF AMERICA,    )                      DISTRICT OF MASS.
          Plaintiff,         )
                             )
     v.                      )   Civil Action No. 04-11463-JLT
                             )
9 DEER RUN ROAD,             )
LITTLETON, MASSACHUSETTS,    )
          Defendant.         )
_____)
BRIAN K. SEILER              )
                             )
          Claimant.          )
```

**ASSENTED TO MOTION TO EXTEND
THE FEBRUARY 25, 2005 DISCOVERY DEADLINE
AND CONTINUE THE MARCH 8, 2005 FURTHER CONFERENCE**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for an extension of the discovery deadline in this action from February 25, 2005 to March 31, 2005. The United States also moves to continue the Further Conference in this case currently scheduled for March 8, 2005. In support of this motion, the United States sets forth the following:

1. The United States filed its Complaint for Forfeiture In Rem on June 25, 2004 and Claimant Brian K. Seiler ("Claimant Seiler") filed a claim on or about September 24, 2004. The Court held a Scheduling Conference on November 3, 2004. At the November 3, 2004 Scheduling Conference, the Court entered an Order setting the following relevant deadlines, based in part on

the parties' joint proposal:

    i.   depositions of four (4) individuals to be completed on or before February 28, 2005; and

    ii.  a Further Conference to be held on March 8, 2005 at 10:00 a.m.

2. The United States noticed the deposition of Claimant Seiler for February 11, 2005. Claimant Seiler appeared for his deposition and answered some questions, but refused to answer the majority of the government's questions, invoking his Fifth Amendment Privilege. Claimant Seiler's Attorney has indicated that Claimant Seiler will continue to invoke his Fifth Amendment Privilege in this civil forfeiture action until the criminal charges against him in Massachusetts Superior Court are resolved. The United States may also depose three (3) other individuals.

3. Claimant Seiler is scheduled to appear for a Change of Plea hearing in Middlesex Superior Court on March 1, 2005.

4. Counsel for Claimant Seiler has assented to this Motion.

5. This is the first request for an extension of the discovery deadline in this matter.

WHEREFORE, the United States respectfully request that this Court extend the deadline for completion of depositions in this case to March 31, 2005, and continue the Further Conference

currently scheduled for March 8, 2005 to a date convenient for the Court after March 31, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Kristina E. Barclay
KRISTINA E. BARCLAY
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: February 24, 2005

## LOCAL RULES 7.1(A)(2) & 37.1 (B) CERTIFICATION

I Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that on February 23, 2005, I conferred with Thomas J. Freda, Esq., counsel for Claimant Brian K. Seiler, in a good faith attempt to narrow or resolve the issue raised in this motion.

/s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I have served a copy of the forgoing by first class mail, postage prepaid, upon Thomas J. Freda, Esq., Monahan & Padellaro, Bullfinch Square, 43 Thorndike Street, Cambridge, MA 02141-1714.

/s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney