UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11463-JLT |
| | * | |
| 9 DEER RUN ROAD, LITTLETON, MASSACHUSETTS, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| And | * | |
| | * | |
| BRIAN K. SEILER, | * | |
| | * | |
| Claimant. | * | |

ORDER

April 5, 2005

TAURO, J.

This court hereby orders that:

1. The Parties shall appear before this court for a Further Conference on May 23, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge