AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

US v. 9 Deer Run, Littleton, Mass

**APPEARANCE**

Case Number: 04-11463-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    UNITED STATES

I certify that I am admitted to practice in this court.

July 8, 2005
Date

/s/ Jennifer Zacks
Signature

JENNIFER ZACKS
Print Name     Bar Number

ONE COURTHOUSE WAY / SUITE 9200
Address

BOSTON     MA     02210
City     State     Zip Code

617 748 3100
Phone Number     Fax Number