UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>9 DEER RUN ROAD, LITTLETON, )<br>MASSACHUSETTS, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11463-JLT |

**JOINT MOTION FOR**
**FINAL JUDGMENT AND ORDER OF FORFEITURE**

The parties in the above civil action, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Claimant Brian K. Seiler, by and through his attorney, Thomas J. Freda, Esq., jointly move that this Court issue a Final Judgment and Order of Forfeiture, forfeiting $99,200.00 in United States Currency, in lieu of the real property located at 9 Deer Run Road, Littleton, Massachusetts, having a deed recorded at Book 42771, Page 423 of the Middlesex South County Registry of Deeds, including all buildings, appurtenances, and improvements thereon, pursuant to 21 U.S.C. § 881(a)(7), in the form submitted herewith.

In support of this Motion, the parties state that they have settled this action and have executed the attached Settlement Agreement.

                                        Respectfully submitted,

| | |
|---|---|
| Brian K. Seiler<br>By his attorney, | MICHAEL J. SULLIVAN,<br>United States Attorney, |
| By: _____<br>Thomas J. Freda, Esq.<br>Monahan & Padellaro<br>43 Thorndike Street<br>Cambridge, MA 02141<br>(617) | By: _____<br>Kristina E. Barclay<br>Assistant U.S. Attorney<br>John Joseph Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |
| Date: | Date: 7/8/05 |

Brian K. Seiler

_____

Date: 6-29-05