UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11463-JLT |
| ) | |
| 9 DEER RUN ROAD, ) | |
| LITTLETON, MASSACHUSETTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### SETTLEMENT AGREEMENT

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Claimant Brian K. Seiler, by and through his attorney, Thomas J. Freda, Esq., state:

WHEREAS, on June 25, 2004, the United States filed its Verified Complaint for Forfeiture in Rem ("the Complaint"), alleging that the following property is subject to forfeiture under 21 U.S.C. § 881(a)(7):

> the real property located at 9 Deer Run Road, Littleton, Massachusetts, having a deed recorded at Book 42771, Page 423 of the Middlesex South Registry of Deeds, including all buildings, appurtenances, and improvements thereon ("9 Deer Run Road");

WHEREAS, the United States asserts that 9 Deer Run Road constitutes real property used, or intended to be used, in any

manner or in part, to commit, or facilitate the commission of a violation of 21 U.S.C. §§ 841, 846, and/or 856, and property traceable thereto, and therefore is subject to forfeiture under 21 U.S.C. § 881(a)(7);

WHEREAS, 9 Deer Run Road is owned by Brian K. Seiler;

WHEREAS, on July 20, 2004, the District Court (Tauro, Joseph L.) issued a Warrant and Monition pursuant to the Complaint;

WHEREAS, on September 24, 2004, Brian K. Seiler filed a Claim in this action;

WHEREAS, on September 24, 2004, Brian K. Seiler filed an Answer in this action;

WHEREAS, as of this date, no other party has filed a claim to 9 Deer Run Road or answered or otherwise defended against this forfeiture action as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and the time within which to do so has expired;

AND WHEREAS, the parties desire to reach a full and final settlement of this matter;

NOW THEREFORE, it is stipulated and agreed by and between the undersigned parties as follows:

1. Upon execution by all parties, this Agreement shall be filed with the United States District Court for the District of Massachusetts. This Court shall retain jurisdiction to enforce the provisions of this Agreement.

2. Subject to the terms set forth in this Agreement, and in the Final Judgment and Order of Forfeiture entered by the Court, the parties agree that Claimant Brian K. Seiler will forfeit to the United States a sum of $99,200 in United States currency (the "Defendant Currency"), in lieu of 9 Deer Run Road.

3. No later than two weeks following the date of endorsement of the Final Judgment and Order of Forfeiture, Claimant Brian K. Seiler shall deliver to the United States a Treasurer's Check in the amount of $99,200, made payable to the United States Marshals Service ("USMS"), and the USMS shall seize and maintain custody and control of such Treasurer's Check, in accordance with United States Department of Justice policies regarding the disposition of forfeited property.

4. Upon payment as set forth in Paragraph 3, and entry of the Final Judgment and Order of Forfeiture, the United States will file with the Court a motion for the release of the Lis Pendens recorded against the Defendant Property, and forward a certified copy of any endorsed release of the Lis Pendens to Claimant Brian K. Seiler's counsel for recording.

5. The United States and Claimant Brian K. Seiler agree that the settlement of this matter upon the terms and conditions set forth herein is in full, final, and complete satisfaction of any and all civil claims arising out of the maintenance, marketing and forfeiture of 9 Deer Run Road and/or the Defendant

Currency by the United States.

6. Claimant Brian K. Seiler unconditionally releases, indemnifies, and holds harmless the United States, its officers, agents, and employees, including, but not limited to, the United States Department of Justice, the United States Drug Enforcement Administration, the United States Marshals Service, and any state or local law enforcement departments or officers involved in this litigation, from any and all claims, demands, damages, causes of actions or suits, of whatever kind and/or description and wheresoever situated, which might now or ever exist by reason of, or grow out of or affect, directly or indirectly, the maintenance, marketing, and forfeiture of 9 Deer Run Road and/or the Defendant Currency.

7. Without in any way limiting the generality of Paragraph 5, above, Claimant Brian K. Seiler specifically agrees to waive any and all constitutional claims that he may have arising from or relating in any way to this civil action or the seizure or disposition of the 9 Deer Run Road and/or the Defendant Currency, including claims that this forfeiture violates the Fourth Amendment, the Due Process Clause or the Double Jeopardy Clause of the Fifth Amendment, or the Excessive Fines Clause of the Eighth Amendment of the United States Constitution, or any other provision of federal or state constitutional, statutory or common law.

8. All rights of appeal are hereby waived by all parties. Except as otherwise provided in this Agreement, each party shall bear its own fees, including attorneys fees and other expenses, incurred by it in connection with any of the proceedings pertaining directly or indirectly to this civil forfeiture action.

9. The parties to this Agreement acknowledge that they understand the provisions of this Agreement and the legal effects thereof, and that they are entering into this Agreement freely and voluntarily, without coercion, duress or undue influence.

IN WITNESS WHEREOF, the United States of America, by its attorney, and Claimant Brian K. Seiler, both by his attorney and individually, hereby execute this Agreement.

| Brian K. Seiler<br>By his attorney, | MICHAEL J. SULLIVAN,<br>United States Attorney, |
|---|---|
| By: _____<br>Thomas J. Freda, Esq.<br>Monahan & Padellaro<br>Bullfinch Square<br>43 Thorndike Street<br>Cambridge, MA 02141<br>(617) 494-0433 | By: _____<br>Kristina E. Barclay<br>Assistant U.S. Attorney<br>John Joseph Moakley Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3100 |
| Date: | Date: 7/8/05 |

Brian K. Seiler

Date: 6-29-05

5