UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,      )
            Plaintiff,         )
                               )
      v.                       )    Civil Action No. 04-11463-JLT
                               )
9 DEER RUN ROAD,               )
LITTLETON, MASSACHUSETTS,      )
                               )
            Defendant.         )
```

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed the parties' Joint Motion for
Final Judgment and Order of Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED:

1.    That judgment by agreement of the parties is hereby
entered for the forfeiture by Claimant Brian K. Seiler of
$99,200.00 in United States Currency, in lieu of the real
property located at 9 Deer Run Road, Littleton, Massachusetts, (9
Deer Run Road) pursuant to 21 U.S.C. § 881(a)(7);

2.    That any claim of interest of any other parties
claiming any right, title, or interest in or to 9 Deer Run Road,
is hereby held in default and dismissed;

3.    No later than two weeks after the date of endorsement
of this Final Judgment and Order of Forfeiture, the Claimant
shall deliver to the United States a Treasurer's Check in the
amount of $99,200, made payable to the United States Marshals
Service ("USMS"), and the USMS shall seize and maintain custody

and control of such Treasurer's Check, in accordance with United
States Department of Justice policies regarding the disposition
of forfeited property, in accordance with the Settlement
Agreement entered into between the United States of America and
Claimant Brian K. Seiler, pursuant to 21 U.S.C. § 881(a)(7); and

4.   That this Court shall retain jurisdiction in this case
solely for the purpose of enforcing the terms of this Judgment;
otherwise, this Order shall be, and hereby is, the full and final
disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

JOSEPH L. TAURO
United States District Judge

Date: _____7/25/_____, 2005

2