```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11463-JLT |
| ) | |
| 9 DEER RUN ROAD, LITTLETON ) | |
| MASSACHUSETTS, ) | |
| Defendant. ) | |
| ) | |
| BRIAN K. SEILER, ) | |
| Claimant. ) | |

**UNITED STATES' MOTION FOR RELEASE OF LIS PENDENS**

The United States of America, by its attorney, Michael Sullivan, United States Attorney for the District of Massachusett[s] hereby moves that this Court authorize the United States to relea[se] the Lis Pendens recorded at the Middlesex South District Regist[ry] of Deeds against the real property, with all building[s,] appurtenances, and improvements thereon, located at 9 Deer R[un] Road, Littleton, Massachusetts (the "Defendant Property").

As grounds for this motion, the United States submits that t[he] claimant, Brian K. Seiler (the "Claimant"), entered into [an] Agreement to forfeit to the United States a sum of $99,200.00 [in] lieu of the Defendant Property.

WHEREFORE, the United States requests that the Court authori[ze]

Signed under the pains and penalties of perjury this 21st day of September, 2005.

                        MICHAEL J. SULLIVAN
                        United States Attorney

                By: _____
                    Jennifer H. Zacks
                    Assistant U.S. Attorney
                    1 Courthouse Way
                    Suite 9200
                    Boston, MA  02210
                    (617) 748-3100

                COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                             Boston

    Then personally appeared the above named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 21st day of September, 2005.

                                  _____
                                  Notary Public
                                  My commission expires: 2.2.2007

SO ORDERED AND ENDORSED:

_____
JOSEPH L. TAURO
United States District Judge

Dated: _____

[Notary stamp: NICOLE E. SWIEC / Notary Public / Commonwealth of Massachusetts / My Commission Expires / February 2, 2007]

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 25 P 3:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal No. |
|                                     ) | |
|                v.                   ) | Record Owners: |
|                                     ) | Brian K. Seiler |
| 9 DEER RUN ROAD, LITTLETON,         ) | Jessica Seiler |
| MASSACHUSETTS,                      ) | |
|                   Defendant.        ) | Property: |
|                                     ) | 9 Deer Run Road, |
|                                     ) | Littleton, Massachusetts |
|                                     ) | |
|                                     ) | Deed: |
|                                     ) | Book: 30693, Page: 271 |



Bk: 43401 Pg: 374   Doc: LISP
Page: 1 of 5   07/29/2004 02:20 PM

LIS PENDENS                04 - 11463 JLT

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Verified Complaint for Forfeiture In Rem to be filed against the real property located at 9 Deer Run Road, Littleton, Massachusetts, including all buildings, appurtenances, and improvements thereon (the "Defendant Property"). The Complaint alleges that the Defendant Property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841, 846, and/or 856, and that the Defendant Property is, therefore, subject to seizure and forfeiture to the United States of America, pursuant to 21 U.S.C. § 881 (a) (7).

Todd Prough
PO Box 1857
Lowell MA 01853



For title to the defendant real property, see Book 30693, Page 271, of the Middlesex County Registry of Deeds South District, reflecting the conveyance of the Defendant Property by Quitclaim Deed on July 19, 1999.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Kristina E. Barclay

Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: June 25, 2004

2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                          Boston

OATH

    The undersigned Kristina E. Barclay, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and buildings as described above.

                                                Kristina E. Barclay
                                                Assistant U.S. Attorney

Dated: June 25, 2004

    Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, who acknowledged the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn to before me this 25th day of June, 2004.

                                                Linda Cotton
                                                NOTARY PUBLIC
                                                My Commission Expires:

                                                November 13, 2009

    The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge

Dated: 7/20/09

3